IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAN MATIAS RAUDA,<br><br>    Plaintiff,<br><br>    v.<br><br>MERRICK B GARLAND, et al.,<br><br>    Defendants. | Case No. 21-cv-05734-CRB<br><br>**ORDER DENYING MOTION TO AMEND JUDGMENT** |

On August 4, 2021, the Court denied Plaintiff Willian Matias Rauda's motion for a TRO and petition for a writ of mandamus. See Order (dkt. 17). Mr. Matias now moves the Court to amend its order. See Mot. (dkt. 18). Mr. Matias argues that the Court erred in addressing the merits of Mr. Matias's claims after concluding that the Court lacked jurisdiction over those claims. See id. at 1.

The Court denies the motion to amend for the reasons stated in the government's opposition. See Opp. (dkt. 19). The Court also notes that the Court addressed the merits, and thus provided an alternative basis for its ruling, in an effort to facilitate the efficient resolution of any potential appeal given that Mr. Matias's deportation was set for August 13, 2021.

**IT IS SO ORDERED.**

Dated: September 9, 2021

CHARLES R. BREYER
United States District Judge